IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER A. SMITH<br>*(Plaintiff)*<br><br>**Vs.**<br><br>1) SANGAMON COUNTY STATES ATTORNEY et al.;*<br>   [JOHN SCHMIDT]<br><br>2) SANGAMON COUNTY SHERRIF'S<br>        DEPARTMENT et al.;*<br>3) THE CITY OF SPRINGFIELD et al.;*<br>   [SPRINGFIELD POLICE DEPARTMENT]<br><br>*(Defendants)*<br>* Sued in their individual/official capacity | Case No: [please assign]<br>09-3046<br><br>$350,000.00<br>Amount Claimed<br><br>Compensatory/Nominal<br>Punitive/other damages<br><br>Trial by Jury Demand |

## CIVIL COMPLAINT

   *NOW COMES*, CHRISTOPHER A. SMITH, the Plaintiff, *pro se*, in the United States District Court of Sangamon County, Illinois, kindly moves the honorable court for a claim, to be awarded, on the above mentioned complaint and in violation of the following: 4th and 14th Amendments under 42 U.S.C. § 1983, Illinois Const., Art. II, § 6, as well as the following Illinois State Tort Law injury claim of False Arrest, False Imprisonment, and Malicious Prosecution which falls under the color of State Law which was based off of willful and wanton malicious manner in violation of the Plaintiffs Constitutional Rights, in support of, states the following facts:

   *Count One:* The nature of the claim is based of Tort Law personal injury and the parties involved are stated: Sangamon County States Attorney et al. [John Schmidt], Sangamon County Sheriff's Department et al., The City of Springfield et al. [Springfield Police Department]. (Each sued in the individual/official capacity)

   *Count Two:* The Court of Claims has jurisdiction for this claim under 42 U.S.C. § 1983, Illinois Const., Art. II, § 6, and Illinois Tort Law injury claim of willful and wanton malicious acts performed in Springfield, Illinois.

   *Count Three:* The Fact Allegations are set forth: False Arrest, False Imprisonment, and Malicious Prosecution, Loss of Liberty, Loss of Employment, Sleep Deprivation, Mental Anguish and Humiliation on said dates: 2/22/08 and 4/18/08, which lead to the loss of liberty, mental anguish, sleep deprivation, depression and the termination of employment of Plaintiff from the Environment Protection Agency in Springfield, IL on April 18th 2008 from the Springfield Police Department's attempted arrest of the Plaintiff from the EPA of Illinois at 1024 North 10th Street at 10am.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# **ADDENDUM**

*Count Four:* There is no History of Claim set in motion before this complaint.

*Count Five:* The Plaintiff is the rightful owner of the claim set-forth on this approximate 12th day of February.

*Count Six:* The Plaintiff has made no assignment or transfer of this claim or any part or interest thereof.

*Count Seven:* The Plaintiff is justly entitled to the full amount claimed in this complaint due to the facts set-forth and the evidence attached in this claim with-in statutory time limit.

*Count Eight:* The facts stated by the Plaintiff are known to be correct and true.

*Count Nine:* Neither this claim nor any claim arising out of the same occurrence has been filed previously in any other court of the United States.

*Count Ten:* The damages are attached in Exhibit C of this Claim and equal $297,464.00, not to include the unconstitutional loss of liberty, depression (treatment, Vine Street Clinic, April of 2008), mental anguish, humiliation, and the sleep deprivation this has caused the Plaintiff over this period of time.

*Count Eleven:* The Plaintiff is not an executer, administrator, guardian, or other representative appointed by a judicial tribunal.

*The City of Springfield and the Illinois County of Sangamon and their employees or agents have a duty to provide adequate and safe conditions for persons in their custody. Nevertheless, employees of the State of Illinois, negligently and carelessly of willfully, wantonly and with conscious disregard for the Plaintiff violated their duty to the Plaintiff in the following respects:* The Plaintiff, Mr. Christopher A Smith, was deprived of his liberty on the said two occasions: 2/22/08 and 4/18/08, which caused him the damages he seeks; furthermore, caused him the loss of his career at the Environmental Protection Agency set forth by the Defendants named to take un-lawful action against the Plaintiff. The Plaintiff was unconstitutionally deprived of his liberty for a total of 6 days with no charges filed against the Plaintiff. The Plaintiff posted bond on both occasions but was never arraigned on any charges which directly caused the termination of employment on 4/18/08 from the EPA of Illinois. Please see attached Exhibits A, B, and C.

*WHEREFORE, Plaintiff prays this court will enter a judgment against the Defendants in the sum of $350,000 for the willful and wanton malicious acts, or whatever judgment the court sees fit.*

IN THE UNITED STATES CENTRAL DISTRICT COURT
SANGAMON COUNTY, ILLINOIS

# PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the United States Central District Court of Sangamon County, Illinois of record of all defendants and the *pro se* Plaintiff by hand delivering said instruments and all copies within the regulations of Federal and State law, on this approximate 12th day of February, 2009.

Christopher Anthony Smith
2507 Rebecca Court West #4
Quincy, Illinois 62305
*(Plaintiff)*

Sangamon County States Attorney et al. [John Schmidt]
200 South 9th Street
Sangamon County Building, 4th Floor
Springfield, Illinois 62701
*(Defendant)*

Sangamon County Sheriff's Department et al.
200 South 9th Street
Springfield, Illinois 62701
*(Defendant)*

The City of Springfield et al. [Springfield Police Department]
800 East Monroe Street, #345
Springfield, Illinois 62701
*(Defendant)*

*I declare, under 28 U.S.C. § 1746, of penalty and perjury that all mentioned statements are true and factual, dated this approximate 12th day of February, 2009*

Respectfully Submitted:

*[signature]*

# Exhibit A

**08-NC-000516 Detailed case docket, Complaint File, Bond Release Report on 2/22/08 (waiting for police report at time of print)**



**Sangamon County Circuit Clerk**
**Anthony P. Libri C.G.F.M.**



*"Land of Lincoln"*



**Meet Tony Libri**

The information on this page is current as of 02/03/2009 09:36 AM. This information is intended to be used as a resource to determine the general status of historical and in-process court cases. This information is not the official record of the court. As such, it should only be used to gain a general understanding of a case's history and disposition. Accordingly, the Clerk of the Circuit Court of Sangamon County, its officers, and employees are not responsible or liable for any loss, consequence, or damage resulting directly or indirectly from use of this information.

# Docket detail for case 2008-NC-000516:

```
Case: 2008-NC-000516      Type: No Complaint      Assigned Judge:

Filed: 02/26/2008         Status: Open            Report: Open

           Case Participant              Attorney

                        vs.

Defendant   CHRISTOPHER SMITH
```

02/26/2008  No Complaint 01 VIOLATE ORDER PROTECTION

    Defendant: CHRISTOPHER SMITH

       Statute 720 5/12-30(a)(1)   Class A   Orig.

       Agency: SPRINGFIELD BOND AGENCY

02/26/2008  Bond Payment Cash Fee: $300.00 Defendant: CHRISTOPHER SMITH

    First Appearance on Mar 18, 2008 at 1:30 PM in Courtroom 405

03/18/2008  Defendant Appeared

03/21/2008  Bond Refund Fee: $300.00 Amount: $300.00 Bond Used

    Defendant: CHRISTOPHER SMITH

05/13/2008  Defendant Appeared



# Sangamon County Circuit Clerk
# Sangamon County, Illinois

CHRISTOPHER SMITH
_____
(Name Of Individual)

**NO COMPLAINT CASE NUMBER:**  2008 NC 000516

At this time, no criminal charges have been filed against you. However, pursuant to the Statute of Limitations, 720 ILCS 5/3-5, the State's Attorney's Office generally has eighteen months to file criminal Misdemeanor charges and three years to file criminal felony charges. See the above statute for any exceptions. If criminal charges are filed, A notice will be sent to you at the address you have identified below. If You move within the next eighteen months, you must notify the Circuit Clerk's Office of your new address.

Date: 3-18-08

_____
(Individual's Signature)

CHRISTOPHER SMITH
_____
(Name)

2321 YALE BLVD
_____
(Address)

SPRINGFIELD    IL 62703
_____
(Address)

_____
(Address)

_____
(Address)

**FILED**
MAR 1 8 2008  CRI-10

Clerk of the Circuit Court

Form 166

IN THE CIRCUIT COURT OF THE 7TH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS

People of the State of Illinois

v.

Chris Smith

Case No. NIA 516

Offense Violate O.P.

Chapter/Section 720 ILCS 5/12-30

The undersigned defendant, being charged with an offense under the laws of the State of Illinois, acknowledges an indebtedness to the People of the State of Illinois in the penal sum of $ 3000 to be levied upon his/her property wherever situated, and as security thereto for the compliance with the conditions of the bond, the sum of $ 300 is deposited in cash which is ( ) the total amount required by Article V of the Rules of the Supreme Court of Illinois, (✓) equal to 10% of the amount of the bond, ( ) personal recognizance or _____ sworn schedule.

FEB 2 6 2008 ACC-1

The undersigned defendant further acknowledges the conditions of this bail as follows:
1. **I will appear in Courtroom 405 in the Sangamon County Courthouse, 200 South Ninth, Springfield, Illinois on the 18 day of March, 2008 @ 1:30pm and thereafter as ordered by the Court until discharged.**
2. I will not depart this State without permission of this Court.
3. I will not violate any criminal statute of any jurisdiction.
4. I will give written notice to the Clerk of Circuit Court of any change in address within 24 hours after such change.
5. **I shall not contact or communicate with or enter the residence of the person(s) named as victim(s) in this case for at least 72 hours after my release.**
6. _____

Clerk of the Circuit Court

BOND ASSIGNMENT

| CERTIFICATION | NOTICE TO PERSON POSTING BOND |
|---|---|
| I understand that if at any time prior to the final disposition in this case, I fail to appear in court when required, judgment will be entered against me for the full amount of this bond plus costs and a warrant may be issued for my arrest. I understand that in the event I fail to appear in court when required, my failure to appear will constitute a waiver of my right to confront witnesses and the trial may proceed in my absence. I understand that any sums given as cash deposit may be used in the court's discretion for the payment of any fine, costs, restitution, or court appointed attorney fees. I have read the foregoing provisions of this bond, fully understand the conditions thereto, and agree to comply with said conditions set forth above and on reverse side. | I understand that if at any time prior to the final disposition in this case, the defendant fails to appear in court when required, judgment will be entered against the defendant for the full amount of this bond plus costs and any bail deposited will be forfeited and used to satisfy that judgment. I understand that any sums given as cash deposit may be used in the court's discretion for the payment of any fine, costs, restitution, ~~court appointed~~ attorney fees or other purposes authorized by the Court. |
| Name (print) Christopher Smith | Name (print) Mike Bartley |
| Address 2321 Yale Blvd. | Address 2417 Ladley Ct #3 |
| City Springfield State IL Zip 62703 | City Spfld State IL Zip 62703 |
| Date of Birth 4/23/70 SSN 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 | Date of Birth 2-3-75 SSN 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 |
| Driver's License S530-1017-0116 State IL | Driver's License B634-5427-5189 State IL |
| Signature of Defendant | Signature of Person Posting Bond |

ISSUED ON THIS 24 DAY OF Feb, 2008

C/o Chris Ort 4982

( ) Judge   (X) Peace Officer   ( ) Circuit Clerk



Sangamon County Circuit Clerk
Anthony P. Libri, Jr., C.G.F.M.
200 South Ninth Street, Room 405
Springfield, IL 62701

| Case Number: 2008-NC-000516 | Date: 03/21/2008 | Receipt Number: 11911482 Page 1 |
|---|---|---|

| Defendant | Assignment | |
|---|---|---|
| CHRISTOPHER SMITH<br>2321 YALE BLVD<br>SPRINGFIELD, IL 62703 | MIKE BARTLEY<br>2417 LADLEY CT #3<br>SPRINGFIELD, IL 62703 | |

| Agency: | Ticket: |
|---|---|

| Item | Fee | Category | | Payor |
|---|---|---|---|---|
| 001 | 300.00 | Bond Refund | 2001 | CHRISTOPHER SMITH |
| Total | 300.00 | | | |

| Account | Charge | Paid | Payment | Balance |
|---|---|---|---|---|
| REFUND AMOUNT | 300.00 | | 300.00 | |
| Total | 300.00 | | 300.00 | |
| | | | Bond Used | 300.00 |
| | | | Cash | |
| | | | Total Tendered | |
| | | | Change Due | |
| | | | Balance Due | .00 |

By: _____
Deputy Clerk: VF 1086                  Batch 03-215-028 Date 03/21/2008 Time 15:58:37

## File Copy

# Exhibit B

08-NC-001077 Detail Case Docket, Complaint File, Bond Release Report, Police Report and evidence of false police report given' by Ms. Brown  04/18/08





**Sangamon County Circuit Clerk**
**Anthony P. Libri C.G.F.M.**

*"Land of Lincoln"*

**Meet Tony Libri**

The information on this page is current as of 02/03/2009 09:37 AM. This information is intended to be used as a resource to determine the general status of historical and in-process court cases. This information is not the official record of the court. As such, it should only be used to gain a general understanding of a case's history and disposition. Accordingly, the Clerk of the Circuit Court of Sangamon County, its officers, and employees are not responsible or liable for any loss, consequence, or damage resulting directly or indirectly from use of this information.

# Docket detail for case 2008-NC-001077:

Case: 2008-NC-001077      Type:                       Assigned Judge:

Filed: 04/22/2008         Status: Open                Report: Open

      Case Participant            Attorney

                  vs.

Defendant    CHRISTOPHER A. SMITH

---

04/22/2008  No Complaint 01 VIOLATE ORDER PROTECTION Apr 18, 2008

      Defendant: CHRISTOPHER A. SMITH

        Statute 720 5/12-30(a)(1)   Class A   Orig.

      Agency: SPRINGFIELD BOND AGENCY

04/22/2008  Bond Payment Cash Fee: $1,000.00 Defendant: CHRISTOPHER A. SMITH

      First Appearance on May 13, 2008 at 1:30 PM in Courtroom 405

05/13/2008  Defendant Appeared

05/21/2008  Bond Refund Fee: $1,000.00 Amount: $1,000.00 Bond Used

      Defendant: CHRISTOPHER A. SMITH



# Sangamon County Circuit Clerk
# Sangamon County, Illinois

CHRISTOPHER A. SMITH
_____
(Name Of Individual)

**NO COMPLAINT CASE NUMBER:**  2008 NC 001077

At this time, no criminal charges have been filed against you. However, pursuant to the Statute of Limitations, 720 ILCS 5/3-5, the State's Attorney's Office generally has eighteen months to file criminal Misdemeanor charges and three years to file criminal felony charges. See the above statute for any exceptions. If criminal charges are filed, A notice will be sent to you at the address you have identified below. If You move within the next eighteen months, you must notify the Circuit Clerk's Office of your new address.

Date: 5/13/08

_____
(Individual's Signature)

CHRISTOPHER A. SMITH
_____
(Name)

2321 YALE BLVD
_____
(Address)

SPRINGFIELD        IL 62703
_____
(Address)

_____
(Address)

_____
(Address)

Form 166

IN THE CIRCUIT COURT OF THE 7TH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS

People of the State of Illinois       Case No. _____

v.       Offense Violation O.P.

Smith, Christopher      Chapter/Section 720 ILCS 5/12-30

The undersigned defendant, being charged with an offense under the laws of the State of Illinois, acknowledges an indebtedness to the People of the State of Illinois in the penal sum of $_____ to be levied upon his/her property wherever situated, and as security thereto for the compliance with the conditions of the bond, the sum of $_____ is deposited in cash which is ( ) the total amount required by Article V of the Rules of the Supreme Court of Illinois, ( ) equal to 10% of the amount of the bond, ( ) personal recognizance or ( ) real estate per sworn schedule.

The undersigned defendant further acknowledges the conditions of this bail as follows:
1. **I will appear in Courtroom 405 in the Sangamon County Courthouse, 200 South Ninth, Springfield, Illinois on the 13 day of May 2008 _____ and thereafter as ordered by the Court until discharged.** 1:30PM
2. I will not depart this State without permission of this Court.
3. I will not violate any criminal statute of any jurisdiction.
4. I will give written notice to the Clerk of Circuit Court of any change in address within 24 hours after such change.
5. **I shall not contact or communicate with or enter the residence of the person(s) named as victim(s) in this case for at least 72 hours after my release.**
6. _____

| CERTIFICATION | **NOTICE TO PERSON POSTING BOND** |
|---|---|
| I understand that if at any time prior to the final disposition in this case, I fail to appear in court when required, judgment will be entered against me for the full amount of this bond plus costs and a warrant may be issued for my arrest. I understand that in the event I fail to appear in court when required, my failure to appear will constitute a waiver of my right to confront witnesses and the trial may proceed in my absence. I understand that any sums given as cash deposit may be used in the court's discretion for the payment of any fine, costs, restitution, or court appointed attorney fees. I have read the foregoing provisions of this bond, fully understand the conditions thereto, and agree to comply with said conditions set forth above and on reverse side. | I understand that if at any time prior to the final disposition in this case, the defendant fails to appear in court when required, judgment will be entered against the defendant for the full amount of this bond plus costs and any bail deposited will be forfeited and used to satisfy that judgment. I understand that any sums given as cash deposit may be used in the court's discretion for the payment of any fine, costs, restitution, court appointed attorney fees or other purposes authorized by the Court. |
| Name (print) Christopher A. Smith | Name (print) _____ |
| Address 2321 Yale Blvd | Address _____ |
| City Springfield State IL Zip 62703 | City _____ State ____ Zip ____ |
| Date of Birth 4-23-70 SSN 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 | Date of Birth ____ SSN ____ |
| Driver's License S530-1017-0116 State IL | Driver's License _____ State IL |
| Signature of Defendant | Signature of Person Posting Bond |

ISSUED ON THIS ___ DAY OF _____, _____
_____
( )Judge    (X) Peace Officer    ( ) Circuit Clerk

# SPRINGFIELD POLICE DEPARTMENT
## POLICE REPORT

| 1. Page 1 of 2 | 2. UCR Code 4387 | | 3. File # S08 34996 |
|---|---|---|---|

4. ☐ Domestic Violence ☐ YSB/DCFS ☐ Child Abuse/Abduction CANTS 5 ☐ Juv. Offender/Suspect ☐ Sex Offense-Victim Under 13 (Child Advocacy)
☐ Other ☐ Elder Abuse ☐ Oleoresin Capsicum ☐ Death Involving Minor ☐ Sex Offense (13-17)/Suspect - Family Caretaker (Child Advocacy)

5. Offense or Charge (Including Chapter & Section): 720 ILCS 5/12-30 VIOLATION OF ORDER (PROTECTION)
6. Location of Offense: 2801 JOHNSTONE
7. Beat of Occurrence: 04-21-08 600

8. Time Frame of Occurrence: M 04 D 17 Y 08 T 2219 / 2114
9. When Reported: M 04 D 18 Y 08 T 1024
10. Dispatched To: 811 CONKLING

11. V = Victim  RP = Reporting Person  W = Witness  B = Business  PK = Person with Knowledge  PI = Person Interviewed with No Knowledge  NI = Not Interviewed

| V | Name: BROWN, KELLY L | Address: 2801 JOHNSTONE | City: SPFLD | State: IL | Zip: 62711 |
|---|---|---|---|---|---|
| | Sex: F  Race: W  Age: 34  DOB: 04-27-74 | Place of Employment: STATE STREET MORTGAGE | Work Phone: (217) 391-5231 | Home Phone: (217) 697-5279 | Day/Night |

12. S = Suspect  A = Arrest  JS = Juvenile Suspect  JA = Juvenile Arrest  X = No Arrest/Suspect Information

| A | Name: SMITH, CHRISTOPHER A | Alias: |
|---|---|---|
| | Address: 2321 YALE BLVD  City: SPFLD  State: IL | |
| | Sex: M  Race: W  Age: 38  DOB: 04-23-70  Hgt: 601  Wgt: 280  Hair: BRD  Eyes: BR | |
| | Additional Identifiers: PH# 741-138  Identified by: V | |
| | DLN: S530010170016  State: IL  SSN: 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 | |
| | Arrestee Name: SMITH, CHRISTOPHER A | |

**ARREST**

13. Vehicle Information — X = No Vehicle Information

16. Property — X = No Property Information

17. Point of Entry or Crime: E-MAIL
18. Premise Description: COMPUTER

19. Type of Work Requested: ☑ None Requested
20. PIN #: 
21. Property Inventory Report: ☑ YES
22. Stolen Vehicle Information

23. Nature of Injury: ☑ None
24. Type of Weapon or Force Used: VIOLATION OF O.C.

25. Medical Treatment: ☑ None

30. Narrative: ON PG 2

5 HARRASSMENT THROUGH ELECTRONIC COMMUNICATION    720 ILCS 135/1-1

31. Reporting Officer's Suggestion: ☑ Cleared Arrest
32. Attachments: ☑ Yes
33. Use of Force: ☑ Yes
35. Reporting Officer(s): D. BAKER   PIN #: 433
34. Companion File #: S 08-3096
36. Reviewing Supervisor: [signature]  PIN #: 3/0

**2**

| 1. | ☒ Primary Officer | ☐ Assisting Officer | ☐ Follow-up | ☒ Addendum |
|---|---|---|---|---|

| 2. Victim's Name (Last, Middle, First) | 3. Location of Offense | Beat | |
|---|---|---|---|
| Brown, Kelly L | 2801 Johnstone | 600 | 4. File # S 08-34996 |

| 5. Time of Occurrence | | | | 8. Offense/Charge (from Original) | 7. Companion Case # | 8. Use of Force Form |
|---|---|---|---|---|---|---|
| M 4 | D 10 | Y 2008 | T 2219 | Violation of Order Protection | S08-30906 | ☒ No ☐ Yes |

**9. Narrative**

NI / Kevin Linder   m/w/42   09-29-65   2251 W. Washington Spfld. Il   ph# 622-1870

On 04-18-2008 at approx. 1024 hrs. I was sent to 811 Conkling - State Street Mortgage Co. to meet with K. Brown in regards to a violation of order protection report. K. Brown said in November-2007 she had went out on one date with Christopher A. Smith (A1) after being introduced by a mutual friend. K. Brown said she felt as though C. Smith was not mentally stable and tried to distance herself from him.
On 02-22-2008 C. Smith was served Sangamon County Order Protection (08 OP-121) that K. Brown ascertained that prohibits him from contacting or harassing her in person or through electronic means.
Since 04-10-2008 through today, C. Smith has texted her email account 31 times from his cell phone # 741-1318 and or personal email account ( chef423@yahoo.com) as well.
These emails were booked into evidence 08- 2472 and copies were attached to this report for viewing.
K. Brown wanted it noted that on 04-11-2008 C. Smith had sent her a text message to her email account implying he was going to kill himself in which Springfield PD were summoned by her request to check on his welfare. Report S08-32583 was filed in regards to that incident.
K. Brown does fear for her safety and has had to change her cell phone number because of his continuing harassing phone calls in the past. K. Brown also wanted it noted that she believes C. Smith is keeping surveillance on her because of his knowledge of her new boyfriend, Kevin Linder and what his personal vehicle is ( red Oldsmobile Aurora). When C. Smith had sent an email to K. Brown indicating he was going to harm himself he had typed his password to her so that she could view his emails an pass along any further information to his mother. K. Brown said she had observed a message to a Lisa Stratton ( no futher information) in his messaging implying that she had done a registration check on K. Linder. I had dispatch check to see if K. Linders information had been checked in the past 10 days to which it had not.
K. Brown does fear for her safety as it appears C. Smith is not going to leave her alone and wishes to follow up with another violation report. She has already filed reports S08-30906 and S08-31941.
Ofc. R. Roy and I made contact with C. Smith at his home 2321 Yale Blvd. in which he initially indicated that he had not contacted K. Brown for over 2 months. C. Smith was placed under arrest without incident and was taken to jail by Ofc. R. Roy.

ORIGINAL

| 10. Person(s) Arrested No. 1 ☐ No ☒ Yes | 11. Property Recovered $ ☒ No ☐ Yes | 12. Property Inventory # 08-2472 ☐ No ☒ Yes | 13. Time Spent # |
|---|---|---|---|
| 14. Date Submitted 02-18-2008 | 15. Reporting Officers(s) D. Baker | Pin # 433 | 16. Supervisor Approving   Pin# 346 |

SPRINGFIELD POLICE DEPARTMENT — SUPPLEMENTAL REPORT

# Exhibit C

**Capitol Strategies Inc. Termination of Employment (from the EPA contract) Letter and Loss of Wages affidavit from False Arrest and False Imprisonment**



**Capitol Strategies** Inc.

2413 Heather Mill Court
Springfield, IL 62704
TEL 217/652 1645 FAX 217/546-5952
www.cap-strategies.com

February 4, 2009

Christopher A. Smith
2507 Rebecca Court West
Apartment 4
Quincy, IL 62305

To Whom It May Concern:

The purpose of this letter is to confirm that Christopher Smith was terminated from employment on April 18, 2008 because of customer satisfaction issues related to the police coming on site in search of him at our client site in Springfield, Illinois. Our specific client was the Illinois Environmental Protection Agency located near Ninth Street and North Grand in Springfield, Illinois.

Please contact me if you need additional information.

Sincerely,

*Jack Rooney*

Jack Rooney
Capitol Strategies Inc.