CHRISTOPHER A. SMITH )
*(Plaintiff)* )
)
Vs. )
) Case No: [09-3046]
1) SANGAMON COUNTY STATES ATTORNEY et al.;* )
 [JOHN SCHMIDT] ) $350,000.00
) Amount Claimed
2) SANGAMON COUNTY SHERRIF'S )
 DEPARTMENT et al.;* ) Compensatory/Nominal
3) THE CITY OF SPRINGFIELD et al.;* ) Punitive/other damages
 [SPRINGFIELD POLICE DEPARTMENT] )
) Trial by Jury Demand
*(Defendants)* )
\* Sued in their individual/official capacity )

## MOTION TO WITHDRAW CIVIL COMPLAINT

*NOW COMES*, CHRISTOPHER A. SMITH, the Plaintiff, *pro se*, in the United States District Court of Sangamon County, Illinois, kindly moves the honorable court to grant the following motion in support of, states the following facts:

*Count One:* The plaintiff bringing the action feels this Complaint is brought forth at the wrong juncture of moment and must withdraw.

*Count Two:* The *pro se* plaintiff does not hold the resources to engage two civil complaints in parallel [09-cv-3045]

*Count Three:* The plaintiff, within the scope of law, will bring action at a later date if sees fit.

*WHEREFORE, Plaintiff prays this court will grant the above mention motion on merit of complaining person*

IN THE UNITED STATES CENTRAL DISTRICT COURT
SANGAMON COUNTY, ILLINOIS

# PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the United States Central District Court of Sangamon County, Illinois of record of all defendants and the *pro se* Plaintiff by placing said instruments in the United States Mail in Quincy, Illinois, and all copies within the regulations of Federal and State law, on this approximate 23rd day of February, 2009.

Christopher Anthony Smith
2507 Rebecca Court West #4
Quincy, Illinois 62305
*(Plaintiff)*


Sangamon County States Attorney et al. [John Schmidt]
200 South 9th Street
Sangamon County Building, 4th Floor
Springfield, Illinois 62701
*(Defendant)*

Sangamon County Sheriff's Department et al.
200 South 9th Street
Springfield, Illinois 62701
*(Defendant)*

The City of Springfield et al. [Springfield Police Department]
800 East Monroe Street, #345
Springfield, Illinois 62701
*(Defendant)*

*I declare, under 28 U.S.C. § 1746, of penalty and perjury that all mentioned statements are true and factual, dated this approximate 23rd day of February, 2009*

Respectfully Submitted: